**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANGELA GLAUBERZON, JEFFREY S. BATOFF, SUSAN M. BATOFF, JANET BLASKO, WILLIAM BARTZ, KALENE BARTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PELLA CORP. and PELLA WINDOWS AND DOORS, INC.,<br><br>Defendants. | Civil Action No.: 10-5929 (JLL)<br><br><br><br>**ORDER** |

This matter, having come before the Court by way of Defendants' motion to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) [Docket Entry No. 25] and, for the reasons set forth by the Court in its corresponding Opinion dated April 5, 2011,

**IT IS** on this **5th day of April, 2011,**

**ORDERED** that Defendants' motion [Docket Entry No. 25] is **granted in part and denied in part**; and it is further

**ORDERED** that Plaintiffs may file an amended complaint which cures the pleading deficiencies discussed in the Court's April 5, 2011 Opinion on or before **June 3, 2011**. Plaintiffs failure to do so will result in dismissal of the claims implicated by the Court's April 5, 2011 decision with prejudice.

**SO ORDERED.**

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE